UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

PC Connection, Inc.

       v.                                  Case No.  07-cv-54-SM

Shopster E-Commerce, Inc.

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 9, 2007, no objection having been filed, for the reasons set forth therein.   The Motion for Temporary and Preliminary Injunctive Relief is hereby denied with respect to defendant Shopster.

SO ORDERED.

May    , 2007

_Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

cc:    Steven E. Grill, Esq.
        George T. Campbell, II, Esq.